IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01927-RPM

HOME DESIGN SERVICES, INC.,

          Plaintiff,

v.

MICHAEL S. ROBERTS,
JENNY ROBERTS, and
MICHAEL S. ROBERTS D/B/A BUILT BY DESIGN,

       Defendants.

---

## ORDER OF DISMISSAL

---

Upon consideration of the Stipulation for Voluntary Dismissal with Prejudice [18], filed on February 11, 2009, it is

ORDERED that this civil action is dismissal with prejudice, each party to bear their own fees and costs.

Dated: February 11th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge